# EXHIBIT B

**VIRGINIA:**

### IN THE CIRCUIT COURT OF FAIRFAX COUNTY

FILED
CIVIL INTAKE
2026 JUL 29 AM II: 02
CHRISTOPHER J. FALCON
CLERK, CIRCUIT COURT
FAIRFAX, VA

| | | |
|---|---|---|
| BEAU | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. **2026 - 12222** |
| | ) | |
| SPA WORLD BEAUTY LLC | ) | |
| | ) | |
| SERVE: Sang Keon Lee, | ) | **JURY TRIAL DEMAND** |
| Registered Agent | ) | |
| 3538 Schuerman House Dr. | ) | |
| Fairfax, VA 22031 | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### COMPLAINT

Plaintiff Beau, by counsel, submits this Complaint against Defendant Spa World Beauty LLC ("Spa World" or "Defendant") alleging as follows:

### NATURE OF ACTION

1. This is an action for damages under the Virginia Human Rights Act, Va. Code § 2.2-3900 *et seq.* ("VHRA") stemming from Spa World's denial of service to Beau on May 20, 2023, because of her gender identity.

### PARTIES

2. Plaintiff Beau is an adult resident of Maryland. Beau is a member of a protected class based on her gender identity as a transgender woman.

1

3.      Defendant Spa World Beauty LLC is a Virginia corporation with a principal office in Centreville, Virginia.

4.      Defendant Spa World conducted business in Virginia during all times relevant to this Complaint.

## JURISDICTION AND VENUE

5.      Defendant Spa World is subject to the personal jurisdiction of this Court because it regularly conducts business in Fairfax County.

6.      Venue is proper in this Court pursuant to Va. Code § 8.01-262 because Defendant conducts substantial business activity within Fairfax County, Virginia.

## FACTS

### *Spa World Facilities and Policies*

7.      Defendant Spa World owns and operates a Korean-style bathhouse located at 13830 Braddock Road A-10, Centreville, VA 20121.

8.      Korean-style bathhouses such as Spa World have communal bathing areas where guests may enjoy spa services while naked.

9.      Spa World's facility has co-ed areas open to all guests as well as gender-segregated areas.

10.     Spa World's gender segregated areas include a bade pool, a locker room, and a bath pod.

11.     In Spa World's bade pool, guests are required to be nude.

2

12.     A guest who wishes to use the bade pool must go into the corresponding locker room where they may disrobe.

13.     Guests are required to shower before entering the bade pool from the locker room.

14.     Spa World does not permit nudity outside of the gender segregated areas.

15.     Spa World provides robes for guests to wear while using the co-ed areas of the facilities.

16.     In May 2023, Spa World's policy was that guests would use the gender segregated areas that corresponded with the gender stated on the guest's ID.

17.     Spa World's website states that "[c]ustomers must report to locker rooms based on the gender stated on their government issued IDs."

18.     For guests whose ID had an X gender marker, Spa World's policy was for guests to inform Spa World staff at check-in which gender facilities the guest would use, and then the guest would use those facilities throughout their visit.

19.     In May 2023, guest admission at Spa World was good for 12 hours in the facility.

20.     Admission at Spa World allowed guests access to the entire facility.

*Beau Calls Spa World to Ask About Policies for Transgender Guests*

21.     In the spring of 2023, Beau planned to visit Spa World to use its facilities.

22.     In advance of her visit, Beau called Spa World several times to confirm their policies for transgender guests.

23.     Beau called Spa World and spoke with Spa World employees on April 22, May 1, May 2, and May 17, 2023.

3

24. During these phone calls, Beau asked Spa World employees about their policy for transgender guests.

25. Spa World employees told Beau on multiple occasions that guests whose ID displayed an X gender marker would inform Spa World at check-in which facilities the guests would use during their visit.

26. Spa World employees told Beau on multiple occasions that if other guests complained about the presence of a transgender guest, Spa World staff would field the complaint and the transgender guest would not have to be involved.

27. No Spa World employee mentioned sex change operations at any point during these phone calls.

28. No Spa World employee mentioned swimsuits as an option or requirement for transgender guests at any point during these phone calls.

29. Beau made reservations for herself and a friend to visit Spa World on May 20, 2023.

### Beau Visits Spa World

30. On May 20, 2023, Beau and her friend visited Spa World.

31. Beau is a transgender woman.

32. Beau's friend is a cisgender woman.

33. Beau and her friend arrived at Spa World at around 3:30pm.

34. When Beau and her friend arrived, they checked in at the front desk where Spa World employees confirmed their names and reservations and checked their IDs.

35. Beau's ID displays an X gender marker.

4

36. The employee who checked Beau's ID asked her if she would use the women's facilities or the men's facilities during their visit.

37. Beau told the employee she would use the women's facilities.

38. Beau and her friend entered the women's locker room and changed into their robes.

39. Beau and her friend walked around the co-ed areas of the facilities before returning to the locker room.

40. Beau and her friend planned to enter the bade pool area and walk around while in their robes before disrobing and entering the pool.

41. Before Beau and her friend could enter the bade pool, a Spa World employee stopped them and informed them that they must be nude to enter the bade pool.

42. Beau and her friend removed their robes and stored them in the locker room before entering the bade pool.

43. Within the bade pool area, there are several different pools for guests to use.

44. Beau and her friend showered in accordance with Spa World policy before entering one of the pools.

### Spa World Employees Talk to Beau About Other Guests' Complaints

45. Beau and her friend spent around thirty minutes to an hour in the bade pool area before a Spa World employee approached them.

46. At that point, Beau and her friend had not interacted with any other guests of Spa World.

47. The employee asked Beau whether any guests had approached her.

5

48.    Beau responded no.

49.    The employee told Beau that Spa World had been receiving complaints about Beau's presence.

50.    The employee told Beau that Spa World would give her vouchers to return if she felt more comfortable leaving and returning on a different, less busy day.

51.    Beau asked whether the employee was asking her to leave and the employee told her no.

52.    Beau declined the vouchers to return and told the employee that she would stay.

### Spa World Requires Beau to Leave

53.    Beau and her friend remained in the bade pool area for around thirty more minutes before the employee approached them again.

54.    The employee told Beau that Spa World was continuing to receive complaints about her presence.

55.    The employee again offered Beau vouchers to leave and return on another day.

56.    Beau again asked whether the employee was asking her to leave and the employee said yes.

57.    Beau's friend asked the employee if Spa World would take any action to prevent the situation from repeating if Beau left and came back on a different day.

58.    The employee said no, and that Beau should return on a less busy day so that Spa World would receive fewer complaints.

59.    The employee did not discuss the possibility of Beau using a swimsuit while in the bade pool during either conversation.

6

60. Beau told the employee that she had booked massages for herself and her friend that were scheduled to begin in approximately fifteen minutes and asked whether they would be allowed to stay for the appointment.

61. The employee told Beau that she and her friend could keep their appointment but would have to leave after the massages.

62. After their massages, Beau and her friend collected their items and checked out of Spa World.

63. While checking out, Spa World gave Beau voucher coupons to return a different day.

64. Beau told the desk employee that she had called ahead to ask about their policy and that Spa World gave her permission to use the women's facilities, so she did not understand why Spa World was requiring her to leave.

65. The employee reiterated that Spa World had received complaints from other guests and therefore asked Beau to leave.

66. Spa World required Beau to leave its facilities because Beau is a transgender woman.

*Administrative Exhaustion*

67. On August 23, 2023, Beau timely filed a complaint of discrimination with the Fairfax County Office of Human Rights and Equity Programs ("OHREP") and the Virginia Office of the Attorney General Office of Civil Rights ("OCR"), alleging discrimination on the basis of her gender identity.

7

68.     OHREP conducted an investigation and found that there was sufficient evidence to prove that Spa World discriminated against Beau because of her gender identity.

69.     On May 1, 2026, OCR issued Beau a Notice of Right to Sue.

70.     Beau now timely files this complaint within ninety (90) days of receiving the Notice of Right to Sue.

## COUNT I
## GENDER IDENTITY DISCRIMINATION IN VIOLATION OF THE VIRGINIA HUMAN RIGHTS ACT
### Va. Code § 2.2-3904

71.     By its actions as alleged in the foregoing paragraphs, Spa World discriminated against Beau by denying her services and facilities based on her gender identity as a transgender woman.

## AD DAMNUM

WHEREFORE, Plaintiff Beau requests that this Court enter judgment in her favor on Count I as follows:

1. Find the Defendant liable in the amount of $500,000, representing Plaintiff's compensatory damages, including physical harm, emotional and mental distress, and pain and suffering; and in addition,

   a. Award Plaintiff punitive damages in the amount of $350,000 for Defendant's reckless, wanton and willful misconduct; and in addition,

   b. Award Plaintiff pre-judgment and post-judgment interest; and in addition,

8

  c. Award Plaintiff attorneys' fees and costs as authorized by Va. Code § 2.2-3908; and in addition,

2. Award any further relief this Court deems just and appropriate under the circumstances.

## JURY DEMAND

**PLAINTIFF BEAU DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

Dated: July 29, 2026        Respectfully,

Joshua Erlich, VA Bar No. 81298
Samuel Porter, VA Bar No. 101772
THE ERLICH LAW OFFICE, PLLC
1550 Wilson Blvd., Suite 700
Arlington, VA 22209
Tel: (703) 791-9087
Fax: (703) 722-8114
Email: jerlich@erlichlawoffice.com
    sporter@erlichlawoffice.com

*Counsel for Plaintiff Beau*

9